Argued and submitted June 30, conviction affirmed, remanded for resentencing July 30, reconsideration denied September 5, petition for review denied September 23, 1986
(302 Or 35)

STATE OF OREGON,
*Respondent,*

*v.*

MICHAEL WAYNE CURTIS,
*Appellant.*

(C85-08-33369; C85-08-33370;
CA A37973 (Control); CA A37974))
(Cases Consolidated)

722 P2d 1288

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for appellant.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Warden, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

In these consolidated criminal appeals, defendant appeals from judgments of conviction for two armed robberies, asserting that the trial court erred in denying his motion for judgments of acquittal and, in the alternative, imposing concurrent five-year minimum sentences under ORS 161.610. His first assignment is not well taken.

As to the second, the state concedes that only one minimum sentence may be imposed, pursuant to ORS 161.610, when a defendant is sentenced for separate crimes in a single sentencing proceeding. *State v. Haywood,* 73 Or App 6, 697 P2d 977 (1975). However, the state suggests that we modify the trial court judgment and affirm it as modified. We cannot do that. *State v. Allen,* 301 Or 35, 717 P2d 1178 (1986); *State v. Haywood, supra.*

Judgments of conviction affirmed; remanded for resentencing.